# HOWARD R. BIRNBACH

ATTORNEY AT LAW

111 GREAT NECK ROAD, SUITE 413

GREAT NECK, NEW YORK 11021

516/829-6305

FAX 516/829-0651

HRBatlaw@aol.com

February 6, 2015

Hon. Christian F. Hummel
United States Magistrate Judge
U.S. District Court – Northern District
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY   12207

<u>**RE: *Fedele v. Harris***</u>
*14-CV-559*

Dear Judge Hummel;

     I am the attorney for the plaintiffs.

     I am in receipt of the Order to Show Cause dated February 4, 2015.

     It is submitted that the defendants must be informed that they have the right to independent counsel at public expense.

     If the defendants believe that their choice is between <u>free</u> counsel with the Attorney General or private counsel at <u>their</u> expense, the choice will not be voluntary.

     We ask that the defendants' choice of counsel be independent and free from any financial coercion.

Very truly yours,

HOWARD R. BIRNBACH

HRB:ctvm

cc: Helena Lynch, AAG